## 66838. HARDEN v. THE STATE.

BANKE, Judge.
On appeal from his conviction of rape and simple battery, defendant's appointed counsel has filed a motion to withdraw and supporting brief pursuant to *Bethay v. State,* 237 Ga. 625 (229 SE2d 406) (1976). After considering the points raised in the brief and conducting a thorough examination of the record and transcript to determine independently whether there is any ground for reversal, we are in agreement with counsel that there is no arguable merit to the appeal. Therefore, this court grants the motion to withdraw and

affirms the conviction. We are satisfied that the evidence adduced at trial was sufficient to enable any rational trier of fact to find the defendant guilty of the crimes charged beyond a reasonable doubt. See generally *Crawford v. State,* 245 Ga. 89 (1) (263 SE2d 131).

*Judgment affirmed. Deen, P. J., and Carley, J., concur.*

DECIDED OCTOBER 3, 1983.

*Spencer Lawton, Jr., District Attorney, Michael A. Lewanski, Assistant District Attorney,* for appellee.

*Judgment affirmed. Deen, P. J., and Carley, J., concur.*